**George RICE et al. v. The UNITED ELECTRIC COAL COMPANIES.**

No. 6299.

Circuit Court of Appeals, Seventh Circuit.

Oct. 19, 1937.

Geo. W. Dowell, of Du Quoin, Ill., C. C. Dreman, of Belleville, Ill., and Nobel Y. Dowell, of East Peoria, Ill., for appellants.

Ralph F. Lesemann, of E. St. Louis, Ill., and William M. Acton, of Danville, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Eastern District of Illinois, and was argued by counsel. On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the decree of the said District Court in this cause appealed from be, and the same is hereby, affirmed, with costs.